

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-20-00345-CV

| | | |
|---|---|---|
| ADRIANO KRUEL BUDRI, Appellant | § | On Appeal from County Court at Law No. 1 |
| | § | of Tarrant County (2017-007958-1) |
| V. | § | December 17, 2020 |
| DANIEL MATTHEW HUMPHREYS, Appellee | § | Memorandum Opinion by Chief Justice Sudderth |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed for want of jurisdiction.

SECOND DISTRICT COURT OF APPEALS

By __/s/ Bonnie Sudderth_____
     Chief Justice Bonnie Sudderth